| | |
|---|---|
| 1 | NOTC |
| | **CARRIE E. HURTIK, ESQ.** |
| 2 | Nevada Bar No. 7028 |
| | **HURTIK LAW & ASSOCIATES** |
| 3 | 7866 West Sahara Avenue |
| | Las Vegas, Nevada 89117 |
| 4 | (702) 966-5200 |
| | (702) 966-5206 Facsimile |
| 5 | Attorney for Debtor, |
| | SHERYL SIMS |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:                                    )    Case No.: 18-13699
SHERYL SIMS                )
                                              )    Chapter 13 Bankruptcy
                                              )
              Debtor.             )
_____)

### NOTICE OF BANKRUPTCY PROCEEDINGS

NOTICE IS HEREBY GIVEN that Debtor, SHERYL SIMS, filed a petition for relief in accordance with Chapter 13 of the Bankruptcy Act, a true and correct copy of which is attached hereto as Exhibit "A." In accordance with 11 U.S.C. § 362, all proceedings in this case in relation to the Debtors are stayed.

DATED this 24th day June, 2018.

                                        **HURTIK LAW & ASSOCIATES**

/s/   *Carrie E. Hurtik*
                                    _____
                                    **CARRIE E. HURTIK, ESQ.**
                                    Nevada Bar No. 7028
                                    7866 W. Sahara Avenue
                                    Las Vegas, NV 89117
                                    Attorney for Debtor,
                                    SHERYL SIMS

## CERTIFICATE OF SERVICE

STATE OF NEVADA            )
                           ) ss.
COUNTY OF CLARK            )

I, CARRIE E. HURTIK declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 7866 West Sahara Avenue, Las Vegas, Nevada 89117.

On June 24, 2018, I served the document described as **NOTICE OF BANKRUPTCY PROCEEDINGS** on the parties listed below:

NATIONAL DEFAULT SERVICING CORPORATION
7720 N. 16th Street, Suite 300
Phoenix, Arizona 85020
(602) 264-6101 Telephone
(602) 264-6209 Facsimile

Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165-0450
(866) 258-8602 Telephone
(866) 867-3019 Facsimile

☒ **VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☒ **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

///

I declare under penalty of perjury that the foregoing is true and correct. Executed at Las Vegas, Nevada, on June 24, 2018.

/s/ *Carrie E. Hurtik*

---

CARRIE E. HURTIK an employee of
HURTIK LAW & ASSOCIATES