Jennifer R. Bergh, Esq. (Bar No.: 14480)
LAW OFFICES OF MICHELLE GHIDOTTI
8716 Spanish Ridge Ave, #115,
Las Vegas, NV  89148
Tel: (949) 427-2010 Ext. 1009
Fax: (949) 427-2732
jbergh@ghidottilaw.com

Attorneys for Respondent
Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and assigns

UNITED STATES BANKRUPTCY COURT

DISTRICICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In re: | CASE NO.: 18-13699-leb |
| | Chapter 13 |
| Sheryl Sims, | OBJECTION TO CONFIRMATION OF DEBTORS' PLAN |
| | Hearing Date: 9/13/2018 |
| | Hearing Time: 1:30 PM |

///

///

1

## OBJECTION TO CHAPTER 13 PLAN

TO THE HONORABLE JUDGE LAUREL E. BABERO, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, HER ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, KATHLEEN A. LEAVITT:

Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, ("**Creditor**"), a secured creditor of the above-named Debtor hereby objects to the confirmation of Debtors' Chapter 13 Plan (the "**Plan**") on the grounds that the Plan does not comply with the provisions of Chapter 13 of Title 11, United States Code, and with other applicable provisions of said Title 11.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 1/1/2021 and is secured by a Deed of Trust on the subject property commonly known as 1848 North Decatur Blvd. Unit 203, Las Vegas, NV 89108. As of 6/24/2018, the amount due to payoff the lien is $11,561.06, as will be described in a Proof of Claim; Secured Creditor files this Objection to protect its interests.

## ARGUMENT

Under 11 U.S.C. §1325, the provisions for plan confirmation in a Chapter 13 have been set. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed.

### A. IMPERMISSIBLY MODIFIES SECURED CREDITOR'S RIGHTS

Under 11 U.S.C. §1322(b)(2), a Plan that modifies the rights of a creditor whose claim is secured only by a security interest in real property that is impermissible. The proposed Plan impermissibly modifies Secured Creditor's lien. Secured Creditor is included in Section 4.6 of the Plan with only direct payments being sent to Secured Creditor. However, the loan matures during the pendency of the case. As such, Secured Creditor should be treated through the plan. Therefore, the Plan is not feasible.

### B. THE PLAN IS NOT FEASIBLE – DEBTOR HAS NOT COMMITTED ALL OF THE NET INCOME TO THE PLAN

Pursuant to Schedules I and J, Debtor has $6,440.57 in net income. However, the monthly Plan payment is only $6,209.13. Debtor must be required to commit all of the net income to the plan and adjust the plan to include Secured Creditor. Thus, the Plan is not feasible.

### CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied,
2. For attorneys' fees and costs herein, and

For such other relief as this Court deems proper.

DATED: April 10, 2018    THE LAW OFFICES OF MICHELLE GHIDOTTI

By: /s/ Jennifer R. Bergh Esq.
Jennifer R. Bergh, Esq.
Attorney for Creditor Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1

|   |   |
|---|---|
| 1 | JENNIFER R. BERGH, ESQ. |
| 2 | Nevada Bar No.: 14480 |
|   | THE LAW OFFICES OF MICHELLE GHIDOTTI |
| 3 | 8716 Spanish Ridge Avenue, #115 |
|   | Las Vegas, NV 89148 |
| 4 | Tel: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
|   | Email: Jbergh@ghidottilaw.com |

Attorney for Creditor
Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1, its Successors and Assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| In Re: | ) | CASE NO.: 18-13699-leb |
|---|---|---|
|  | ) |  |
| SHERYL SIMS, | ) | CHAPTER 13 |
|  | ) |  |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On July 31, 2018 I served the following documents described as:

- **OBJECTION TO CONFIRMATION OF DEBTORS' PLAN**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>SHERYL SIMS<br>2653 SMOOTH BLEND PLACE<br>HENDERSON, NV 89052<br><br>**Debtor's Counsel**<br>CARRIE E. HURTIK<br>7866 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | **Debtor's Counsel**<br>KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV 89101 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on July 31, 2018 at Santa Ana, California

/*s / Jeremy Romero*
Jeremy Romero