**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Attorney for U.S. Bank, N.A. as Trustee for the SACO I Trust 2006-3, Mortgage-backed Certificates, Series 2006-3

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>Sheryl Sims,<br><br>            Debtor. | No. 18-13699-leb<br><br>Chapter 13 |

### OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

U.S. Bank, N.A. as Trustee for the SACO I Trust 2006-3, Mortgage-backed Certificates, Series 2006-3, Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objection to that certain Chapter 13 Plan proposed by the Debtor:

Secured Creditor holds the first Deed of Trust on the subject property generally described as 2653 Smooth Blend Place, Henderson, NV 89052. As of June 24, 2018, the amount in default was approximately $61,157.39, pursuant to the forthcoming proof of claim to be filed by U.S. Bank, N.A. as Trustee for the SACO I Trust 2006-3, Mortgage-backed Certificates, Series 2006-3. The Debtor's Chapter 13 Plan lists the arrearage owing to Secured Creditor as $59,080.00. Secured creditor requests that the arrearages as will be set forth in the Proof of Claim be filed through the Plan.

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be feasible and to provide adequate protection to this Secured Creditor.

It is respectfully requested that Confirmation of the Chapter 13 Plan as proposed by the Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;

2. For attorney's fees and costs incurred herein;

3. For such other and further relief as this Court deems just and proper.

DATED this 8th day of August, 2018.

**TIFFANY & BOSCO, P.A.**

By /s/ Jason C. Kolbe
**Jason C. Kolbe, Esq.**
Attorney for Secured Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com

U.S. Bank, N.A. as Trustee for the SACO I Trust 2006-3, Mortgage-backed Certificates, Series 2006-3
18-72919

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | No. 18-13699-leb |
| Sheryl Sims | Chapter  13 |
| Debtor, | Date:  July 16, 2018<br>Time: 1:30 p.m. |

### CERTIFICATE OF MAILING OF OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

1. On August 8, 2018 I served the following documents:

   OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   a. ECF System

   Carrie E. Hurtik
   churtik@hurtiklaw.com
   Attorney for Debtor

    Kathleen A Leavitt
    courtsecf3@las13.com
    Trustee

 X **b. United States mail, postage fully prepaid:**
    Sheryl Sims
    2653 Smooth Blend Place
    Henderson, NV  89052
    Debtor

 ☐ **c. Personal Service**

   I personally delivered the document(s) to the persons at these addresses:

   ☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

   **N/A**

   ☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

 ☐ **d. By direct mail (as opposed to through the ECF System)**

  Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

 ☐ **e. By fax transmission**

  Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

 ☐ **f. By messenger**

1
2      I served the document(s) by placing them in an envelope or package addressed to the persons at
3   the addresses listed below and providing them to a messenger for service.
4      **I declare under penalty of perjury the foregoing is true and correct.**
    DATED this 8th day of August, 2018.
5
6   By: /s/ Brad Anderson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Case 18-13699-leb    Doc 22    Entered 08/08/18 16:33:16    Page 5 of 5